WESTFIELD AIRPORT, INC., et al., appellants,

*v.*

MIDDLESEX-UNION AIRPORT CO., INC., et al., respondents.

[Argued October 31st, 1947.   Decided January 29th, 1948.]

*Mr. Orlando H. Dey,* for the appellants.

*Messrs. Bilder, Bilder & Kaufman (Mr. Samuel Kaufman* and *Mr. Sanford Freedman,* of counsel), for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *140 N. J. Eq. 263.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, MCLEAN, SCHETTINO, JJ.   13.

*For reversal*—None.